**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

OLDHAM                           v. TRAVELERS                        No. 09-1225-DMS(WVG)

HON. WILLIAM V. GALLO       CT. DEPUTY J. YAHL              RPTR.

Attorneys

Plaintiffs                                              Defendants

The date and time of the hearing on Defendants' Motion to Compel (Doc. #16) on December 22, 2009 at 9:00 AM is vacated and reset for January 8, 2010 at 11:00 AM.

DATED: December 18, 2009

Hon. William V. Gallo
U.S. Magistrate Judge