# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY V. OLDHAM, et al., | CASE NO. 09cv1225 DMS (RBB) |
| Plaintiff, | **ORDER RE: ORAL ARGUMENT** |
| vs. | |
| TRAVELERS INC., et al, | |
| Defendant. | |

Pending before the Court is Plaintiffs' motion for leave to file an amended complaint. The motion is currently scheduled for hearing on Friday, January 8, 2010. The matter is suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: January 4, 2010

_____
HON. DANA M. SABRAW
United States District Judge