1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY V. OLDHAM, et al., | CASE NO. 09cv1225 DMS (WVG) |
| Plaintiffs, | **ORDER RE: APPOINTMENT OF GUARDIAN AD LITEM** |
| vs. | |
| TRAVELERS INC., et al, | [Doc. 27] |
| Defendants. | |

Plaintiffs in this case are Larry V. Oldham, Jr., Lori Oldham, and their minor son L.V.O, III.

Plaintiffs seek to appoint Lori Oldham as guardian ad litem for L.V.O. However, the Oldhams are proceeding pro se. The documents for this *ex parte* motion, and other filings in this case, have been filed by Larry Oldham. While Mr. Oldham is free to represent himself pro se, he cannot appear as an attorney for others. *Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997). Further, "a parent or guardian cannot bring an action on behalf of a minor child without retaining a lawyer." *Id.* at 877.

Accordingly, the Oldhams must retain counsel in order to pursue claims on behalf of L.V.O., III. Mr. and Mrs. Oldham shall have thirty-five days (35) from the date this Order is electronically filed to retain counsel for L.V.O. If they fail to do so, L.V.O.'s claims will be dismissed without prejudice. If Lori Oldham desires to proceed pro se she must act on her own behalf; she may not be represented by, or act through, Larry Oldham.

/ / /

09cv1225

1   **IT IS SO ORDERED.**

2   DATED:  January 6, 2010

3

4   _____
    HON. DANA M. SABRAW

5   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

09cv1225